```
1   ALEXANDER G. CALFO (SBN 152891)
      ACalfo@yukelaw.com
2   KELLEY S. OLAH (SBN 245180)
      KOlah@yukelaw.com
3   GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      GAnderson-thompson@yukelaw.com
4   YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
5   Los Angeles, CA  90071-1560
    Telephone:      (213) 362-7777
6   Facsimile:      (213) 362-7788

7   Attorneys for Defendant
    DEPUY ORTHOPAEDICS, INC.
8
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA BROWN and WILLIAM TERRY BROWN,<br><br>              Plaintiffs,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>              Defendants. | CASE NO. CV12-00109-TEH<br><br>**[PROPOSED]** ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

   Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs TANYA BROWN and WILLIAM TERRY BROWN and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

   1.   The Parties' request for a stay of proceedings is GRANTED;

   2.   All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

   3.   All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

1  joint Case Management Order in the MDL addressing remand briefing.

2  IT IS SO ORDERED.

3  Dated: January 20, 2012    _____
   Hon. Thelton E. Henderson

4

5  Respectfully submitted by,

6

7  DATED: January 19, 2012         YUKEVICH CALFO & CAVANAUGH

8

9                                  By:   /s/ Alexander G. Calfo
                                         Alexander G. Calfo
10                                       Kelley S. Olah
                                         Gabrielle Anderson-Thompson
11                                       Attorneys for Defendant DEPUY
                                         ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

683882.1 / 25-140                    2                    CV12-00109-TEH
[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS